U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR 11 2014

TONY R. M_____, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| CLARENCE ALEXANDER FRITZ | CIVIL ACTION NO: 13-0031 |
| VERSUS | JUDGE DONALD E. WALTER |
| M. ALLEN, ET AL | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein and having thoroughly reviewed the record and concurring with the findings of the Magistrate Judge under the applicable law, and noting the lack of written objections;

**IT IS ORDERED** that the Plaintiff's claims against Defendants Boyle, Zanatu, Baltazar, Haymon, Frank, Fruge, Childers, Gueringer, Sutterfield, Lambert, Alexander, and Moorehood are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. 1915(e)(2)(B)(i) and (ii).

Plaintiff's claims against Defendant Allen may proceed.

**THUS DONE AND SIGNED**, this 11th day of March, 2014.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE