

RECEIVED

MAR 0 4 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CLARENCE ALEXANDER FRITZ | : | CIVIL ACTION NO: 2:13-cv-31 |
| VERSUS | : | JUDGE DONALD E. WALTER |
| M. ALLEN et al | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, [Doc. #34], and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that defendant's motion to dismiss be and is hereby **GRANTED**. The Court notes that, while the instant Report and Recommendation was pending, plaintiff did notify the Court of his most recent change of address. This untimely notice notwithstanding, the record reflects that plaintiff has failed to prosecute this case; therefore, this matter is hereby **DISMISSED WITHOUT PREJUDICE.**

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, this 4 day of March, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE